**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| Barbra G. Wilson, Individually, and as Executor of the Estate of John David Wilson,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>State Farm Fire and Casualty Company,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 4:14-cv-265-HLM |

## J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of plaintiff's and defendant's Motions for Summary Judgment, and the court having denied plaintiff's motion, and having granted defendant's Motion for Summary Judgment, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the civil action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 14th day of August, 2015.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/J. Acker
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 14, 2015
James N. Hatten
Clerk of Court

By:　s/J. Acker
　　　　Deputy Clerk